COREY W. GLAVE (State Bar No. 164746)
Attorney at Law
1042 2nd Street
Hermosa Beach, CA 90254
Phone: (310) 379-0065
Fax: (310) 379-0456
Email: POAattorney@aol.com                    JS-6

Attorneys for Plaintiffs
Hawthorne Police Officers Gustavo Rubio
and Kim Iler

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWTHORNE POLICE OFFICERS GUSTAVO RUBIO AND KIM ILER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HAWTHORNE, a municipal entity; HAWTHORNE POLICE DEPARTMENT, a government agency; JAG PATHIRANA, in his official and individual capacity; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. CV09-8954 JFW (Ctx)<br>Assigned to Hon. John F. Walter<br><br>**ORDER ACCEPTING STIPULATION TO DISMISS FEDERAL ACTIONS AND REMAND STATE LAW CLAIMS BACK TO SUPERIOR COURT** |

Based on the stipulation of the parties, Plaintiffs' federal claims; to wit, the Third Cause of Action, is hereby dismissed without prejudice and the remaining state law claims are to be remanded back to the Los Angeles County Superior Court.

IT IS SO ORDERED

Dated  March 10, 2010                    _____
                                          Hon. John F. Walter
                                          United States District Judge

1

ORDER DISMISSING FEDERAL CLAIMS WITHOUT PREJUDICE